DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LYNN HAMLET**,
Appellant,

v.

**STATE OF FLORIDA**,
Appellee.

No. 4D18-100

[April 11, 2018]

Appeal of order denying 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 06-005997CF10A.

Lynn Hamlet, Indiantown, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Rodriguez v. State*, 826 So. 2d 464 (Fla. 3d DCA 2002), *rev. denied*, 848 So. 2d 1155 (Fla. 2003).

MAY, DAMOORGIAN and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***